G. SCOTT EMBLIDGE, State Bar No. 121613
MATTHEW K. YAN, State Bar No. 257918
MOSCONE EMBLIDGE & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006
Email:          emblidge@mosconelaw.com
                    yan@mosconelaw.com

Attorneys for Plaintiff
Deltaway Operations Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DELTAWAY OPERATIONS SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL AMPERSAND, LLC, a Delaware limited liability company; AKEIDA CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; DAVID KANDOHLA, an individual; and DOES 1-25, inclusive;<br><br>Defendants. | Case No. 4:15-cv-04473 YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT DEADLINES**<br><br>*AS MODIFIED BY THE COURT* |

WHEREAS on December 22, 2015, the Court denied the Parties' request to extend case management deadlines, but invited the Parties to submit a new request with dates calculated based on a continuance to the case management conference of no more than thirty days; and

WHEREAS, the Parties have met and conferred and have selected dates that comport with the schedules of both Parties, and will provide all Parties with sufficient time to review, analyze, and respond to the allegations in Defendants' counterclaims and third-party claims, prepare a diligent Rule 26 report, and participate meaningfully in a Rule 26 Conference;

THEREFORE, the Parties hereby agree and stipulate as follows:

1. The Parties will meet and confer as required by Fed. R. Civ. P. 26(f)(1) no later than January 14, 2016;

2. The Parties will jointly submit a written report to the Court as required by Fed. R. Civ. P. 26(f)(2) no later January 21, 2016;

3. The current Rule 26 Conference scheduled for January 11, 2016, should be rescheduled to February 4, 2016;

4. The Parties will serve their initial disclosures no later than February 18, 2016; and

5. Any response to Defendants' counterclaims and third-party claims will be filed with the Court and served on all Parties no later than February 25, 2016.

SO STIPULATED.

Dated:  December 23, 2015              MOSCONE EMBLIDGE & OTIS LLP

By:   */s/ Matthew K. Yan*
            Matthew K. Yan

Attorneys for Plaintiff Deltaway
Operations Services, LLC

Dated:  December 23, 2015              COHEN TAUBER SPIEVACK & WAGNER PC

By:   */s/ Jay Spievack*
            Jay Spievack

Attorneys for Defendants Global
Ampersand LLC, Akeida Capital
Management, LLC, and David Kandohla

**~~PROPOSED~~ ORDER**

The Court has reviewed and considered the above stipulation and finds good cause to issue the following order:

1. The Parties shall meet and confer as required by Fed. R. Civ. P. 26(f)(1) no later than January 14, 2016;

2. The Parties shall jointly submit a written report to the Court as required by Fed. R. Civ. P. 26(f)(2) no later January 21, 2016;

3. The current Rule 26 Conference scheduled for January 11, 2016, shall be rescheduled to ~~February 4, 2016~~ **February 8, 2016** at **2:00 p.m.**;

4. The Parties shall serve their initial disclosures no later than February 18, 2016; and

5. Any response to Defendants' counterclaims and third-party claims shall be filed with the Court and served on all Parties no later than February 25, 2016.

This Order terminates Docket Number 17.

IT IS SO ORDERED.

Dated: January 5, 2016

By: _____
Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge