UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAWAY OPERATIONS SERVICES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL AMPERSAND, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-04473-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| COMPLIANCE HEARING[1] RE MEDIATOR SELECTION: | Friday, March 4, 2016 at 9:01 a.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | July 15, 2016 |
| COMPLIANCE HEARING RE COMPLETION OF MEDIATION: | Friday, July 22, 2016 at 9:01 a.m. |
| NON-EXPERT DISCOVERY CUTOFF: | September 19, 2016 |
| FURTHER CASE MANAGEMENT CONFERENCE: | Monday, October 3, 2016 at 2:00 p.m. |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 17, 2016<br>Rebuttal: November 7, 2016 |
| EXPERT DISCOVERY CUTOFF: | November 21, 2016 |
| DISPOSITIVE MOTIONS[2] / DAUBERT MOTIONS TO BE HEARD BY: | November 15, 2016 [filed by 10/11/16] |
| COMPLIANCE HEARING RE PRETRIAL CONFERENCE: | Friday, January 20, 2017 at 9:01 a.m. |

---

[1] Refer to Page 2 for additional instructions regarding the compliance hearings set herein.
[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 27, 2017 |
| PRETRIAL CONFERENCE: | Friday, February 10, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 27, 2017 at 8:30 a.m. for 5 days(Jury Trial) |

Each of the three compliance hearings set herein shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page joint statement appropriately addressing the issue noted below or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

Five (5) business days before the March 4, 2016 compliance hearing, the parties shall file a joint statement naming their mediator of choice and indicating whether mediation has been scheduled to occur in advance of the deadline noted above.

Five (5) business days before the July 22, 2016 compliance hearing, the parties shall file a joint statement indicating whether they have completed mediation by the deadline.

Five (5) business days before the January 20, 2017 compliance hearing, the parties shall file a joint statement indicating whether they have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  The Court notes that pursuant to its Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge