UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELTAWAY OPERATIONS SERVICES, LLC**, <br> Plaintiff, <br> v. <br> **GLOBAL AMPERSAND, LLC, ET AL.**, <br> Defendants. | Case No. 15-cv-04473-YGR <br><br> **ORDER DENYING REQUEST TO CONTINUE TRIAL AND RELATED DATES** <br><br> Re: Dkt. No. 43 |

The Court is in receipt of the parties' Stipulation and Request for Order to Continue Trial and Related Dates, filed on June 28, 2016. (Dkt. No. 43.) The Court **DENIES** the request.

However, if the parties wish to consent for all purposes to a magistrate judge who may be able to accommodate the requested dates, they should meet and confer to discuss whether their clients will consent and to whom. The Court will accept requests for referral to a specific magistrate judge or magistrate judges. Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California (.pdf), also available on the Court's website.

This Order terminates Docket Number 43.

**IT IS SO ORDERED.**

Dated: June 30, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**