UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAWAY OPERATIONS SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL AMPERSAND, LLC, et al.,<br><br>　　　　Defendants. | Case No.   4:15-cv-04473-DMR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **September 7, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than August 31, 2016**.**

**IT IS SO ORDERED.**

Dated: July 26, 2016

　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge